UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KATHERINE HERKENHOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13CV1974 SNLJ |
| | ) | |
| SUPERVALU STORES, INC. d/b/a | ) | |
| SHOP 'N SAVE and SUPERVALU | ) | |
| PHARMACIES, INC. d/b/a SHOP 'N | ) | |
| SAVE PHARMACIES | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM

This matter is before the Court on the defendants' Motions to Dismiss (#3, #4). Plaintiff has not responded, and the time for doing so has passed. Defendants assert that the plaintiff's action against the defendant store and the store's pharmacy for providing an improper prescription must be dismissed pursuant to § 538.225 RSMo. That statute requires that the plaintiff in such a case furnish an affidavit by a healthcare provider certifying the merit of her case. Plaintiff has failed to do so. Again, plaintiff has not opposed the motion nor has she responded in any way. The motions will be granted.

Dated this  16th  day of December, 2013.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE